# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 07-01092-CJC(ANx) |
| Date | January 9, 2010 |
| Title | Charles F. Donohue, et al v. North American Van Lines, Inc. |

Present: The Honorable  CORMAC J. CARNEY,  UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE

At the pretrial conference on August 3, 2009, the Court directed plaintiff's counsel to prepare and file a stipulation and proposed order regarding parties request for settlement procedure within the week. As of today's date plaintiff's counsel has not filed the request. The Court hereby ORDERS plaintiff, to show cause in writing no later than **January 19, 2010** why this action should not be dismissed for failure to comply with Court order and failure to prosecute.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | mu |